UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Maria A. Badolato,

               Plaintiff,

               -against-

TJX Companies, Inc. *d/b/a* HomeGoods et al,

               Defendants.
-------------------------------------------------------------------x

**NOTICE OF LIMITED SCOPE APPEARANCE OF *PRO BONO* COUNSEL**

**25-cv-4263-NSR-VR**

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of the pro se Plaintiff,

Maria A. Badolato, for the limited purpose of providing advice and representation in

settlement negotiations, settlement conference(s) and/or mediation(s) through the

Southern District's Alternative Dispute Resolution Program. I certify that I am

admitted to practice in this Court.


Dated:  July 7, 2026
       New York, New York


 /s/  Danika Gallup

Danika Gallup
Staff Attorney
City Bar Justice Center
Federal Pro Se Legal Assistance Project (SDNY)
40 Foley Square
New York, NY 10007
Phone: 212-382-4706
Email: dgallup@nycbar.org